Court of Appeals for the Ninth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 948. WOOD *v.* HOWARD, WARDEN. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1026. RUBEN *v.* WELCH, SUPERINTENDENT. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 1121. PERRY, ADMINISTRATRIX, *v.* WHEELER, ADMINISTRATOR. April 28, 1947. Petition for writ of certiorari to the Supreme Court of Vermont denied. *John J. Finn* for petitioner.

No. 1142. SMALL *v.* NEW YORK. April 28, 1947. Petition for writ of certiorari to the Court of General Sessions of the City and County of New York, New York, denied.

No. 1182. WENDERLIN *v.* NEW YORK. April 28, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.